United States Magistrate Judge David W. Christel

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| RICHARD DREHER, | ) | |
| | ) | CIVIL NO. 3:22-cv-5124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO ALLOW FILING OF AMENDED |
| | ) | REPLY BRIEF |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Unopposed Motion to Allow Filing of an Amended Opening Brief (Dkt. 20), the Declaration Elie Halpern (Dkt. 21), and the Defendant not opposing the filing of an amended Reply Brief, it is now, hereby, [1]

ORDERED that the Amended Reply Brief (Dkt. 19) shall replace the original Reply Brief filed (Dkt. 18).

DATED this __31st__ day of __August__, 2022.

_____
David W. Christel
United States Magistrate Judge

---

[1] The Motion references the filing of an Amended Opening Brief, but as the Declaration references the filing of an Amended Reply Brief and indicates opposing counsel has no objection to allowing the filing of the Amended Reply Brief, and the Amended Reply Brief has been filed, the Court interprets the Motion as requesting the filing of an Amend Reply Brief.

ORDER TO ALLOW FILING OF AMENDED REPLY
BRIEF - 1