# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD DREHER,

       Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   3:22-CV-5124-DWC

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this matter be AFFIRMED.

Judgment for Defendant and the case is closed.

      Dated this 20th day of September, 2022.


                    RAVI SUBRAMANIAN
                    Clerk


                    s/Kim Brye
                    Deputy Clerk